FILED
CLERK, U.S. DISTRICT COURT
10/13/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:20-cr-00471JAK |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1001(a)(2): False Statements] |
| DECKER HAYES RAMSAY, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1001(a)(2)]

On or about April 12, 2018, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, including the United States Office of Personnel Management National Background Investigations Bureau, defendant RAMSAY knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation on an Electronic Questionnaire for Investigations Processing that defendant RAMSAY submitted with an application for employment with Company 1, a cleared defense contractor, in that defendant RAMSAY represented that he had never been a member of an organization that advocates or practices

commission of acts of force or violence to discourage others from exercising their rights under the U.S. Constitution or any state of the United States with the specific intent to further such action, when, in truth and fact, as defendant RAMSAY then well knew, he had been a member of both Vanguard America and Aryan Underground, which were both white supremacist organizations that advocated or practiced commission of acts of force or violence to discourage others from exercising their rights under the U.S. Constitution or any state of the United States.

NICOLA T. HANNA
United States Attorney

*[signature]*

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, Terrorism and Export Crimes
  Section

REEMA M. EL-AMAMY
Assistant United States Attorney
Terrorism and Export Crimes
  Section