NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0552
     Facsimile: (213) 894-2927
     E-mail:    Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00471-JAK |
|---|---|
| Plaintiff, | STIPULATED REQUEST FOR FINDINGS OF FACT PURSUANT TO THE CARES ACT |
| v. | |
| DECKER HAYES RAMSAY, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, and defendant Decker Hayes Ramsay ("defendant"), by and through his counsel of record, Richard M. Steingard, hereby jointly apply for an order setting forth the Court's findings of fact in support of a determination that the guilty-plea hearing in this case may proceed

1

by video teleconference under § 15002(b) of the CARES Act.  This request is based on the following stipulations by the parties:

1.  Defendant and his counsel have discussed proceeding with the guilty-plea hearing via video teleconference, and defendant has confirmed his assent to this process.

2.  Defendant agrees that his guilty-plea hearing cannot be substantially further delayed without serious harm to the interests of justice.

3.  The government agrees to proceed with the guilty-plea hearing by video teleconference.

4.  By his signature below, defense counsel represents that he has advised defendant, and defendant understands that, under Federal Rules of Criminal Procedure 32 and 43, as well as the Constitution, defendant may have the right to be physically present at his guilty-plea hearing, and that, understanding these rights, defendant voluntarily agrees to waive them and to proceed remotely by video teleconference.  Counsel joins in this consent, agreement, and voluntary waiver.

5.  The parties request that the Court confirm these waivers at the guilty-plea hearing itself.

//
//
//

6. The parties further request that the Court issue the concurrently filed proposed findings, which are incorporated herein by reference.

IT IS SO STIPULATED AND AGREED.

Dated: November 9, 2020                    Respectfully submitted,

                                           NICOLA T. HANNA
                                           United States Attorney

                                           CHRISTOPHER D. GRIGG
                                           Assistant United States Attorney
                                           Chief, National Security Division


                                             */s/ Reema M. El-Amamy*
                                           REEMA M. EL-AMAMY
                                           Assistant United States Attorney

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA


Dated: November 10, 2020

                                              */s/ Richard M. Steingard*
                                           RICHARD M. STEINGARD
                                           Attorney for Defendant
                                           DECKER HAYES RAMSAY